## Case No. 17,815.

WILSON v. KEDGELEY.

[1 Cranch, C. C. 477.] [1]

Circuit Court, District of Columbia. Dec. Term, 1807.

TRESPASS VI ET ARMIS—BEATING SLAVE.

Trespass vi et armis lies by the owner of a slave against a stranger who beats the slave per quod servitium amisit.

[1] [Reported by Hon. William Cranch, Chief Judge.]

Trespass vi et armis, for beating his slave, whereby he lost his services.

F. S. Key moved in arrest of judgment, that trespass vi et armis does not lie by the master in such a case. But it ought to have been trespass on the case.

Motion overruled. See Esp. N. P. 380, 598; 3 Bl. Comm. 393.